Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ariel Abad
Karen L. Abad**
　　Debtor(s)

Bankruptcy Case No.: 14–22502–CMB

Chapter: 13
Docket No.: 70 – 69
Concil. Conf.: March 21, 2019 at 09:00 AM

## ORDER

　　**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

　　**IT IS HEREBY ORDERED** that, on or before **January 25, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

　　**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

　　On or before **February 11, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

　　On **March 21, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

　　If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

　　This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.


Dated: December 11, 2018　　　　　　　　　　　　　　　　　Carlota M. Bohm
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689–4002

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania

In re:                                                          Case No. 14-22502-CMB
Ariel Abad                                                      Chapter 13
Karen L. Abad
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dsaw              Page 1 of 2       Date Rcvd: Dec 11, 2018
                              Form ID: 410            Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db/jdb        +Ariel Abad,    Karen L. Abad,    2907 Homehurst Street,    Pittsburgh, PA 15234-3145
aty           +Darren Parr,   967 Liberty Ave., 2nd fl.,    Pittsburgh, PA 15222-3701
cr             Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA   15219
13874818      +Barclay Card Services,    PO Box 13337,   Philadelphia, PA 19101-3337
13874819     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Best Buy,    PO Box 183195,    Columbus, OH 43218-3195)
13920016       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13906490       Lakeview Loan Servicing, LLC,    M & T Bank,    One Fountain Plaza,
                7th Floor-- Payment Processing,    Buffalo, NY 14203-1495
13874829      +Macy's,   PO Box 183083,    Columbus, OH 43218-3083
13874830      +Medi-Help,   1691 Washington Rd.,    Pittsburgh, PA 15228-1631
13874833      +PNC Bank,   PO Box 5570,    Cleveland, OH 44101-0570
13910506      +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13874836      +Target Card Servcies,    PO Box 660170,   Dallas, TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13874817       E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 03:09:11     Amazon GE Capital Retail Bank,
                PO Bo x965013,   Orlando, FL 32896-5013
13888711      +E-mail/Text: bnc@atlasacq.com Dec 12 2018 03:04:22     Atlas Acquisitions LLC,
                on behalf of Oliphant Financial, LLC,   294 Union St.,   Hackensack, NJ 07601-4303
13920867      +E-mail/Text: bncmail@w-legal.com Dec 12 2018 03:05:04     CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13874821       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 03:09:40     Capital One,
                PO Box 30285,   Salt Lake City, UT 84130-0285
13930610       E-mail/PDF: rmscedi@recoverycorp.com Dec 12 2018 03:10:15     Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13874823       E-mail/Text: bk.notifications@jpmchase.com Dec 12 2018 03:04:39     Chase Auto Finance,
                P.O. Box 78050,   Phoenix, AZ 85062-8050
13937283      +E-mail/Text: kburkley@bernsteinlaw.com Dec 12 2018 03:05:26     Duquesne Light Company,
                c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
13874824       E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 03:09:12     GE Capital Retail Bank,
                P.O. Box 960061,   Orlando, FL 32896-0061
13893132       E-mail/Text: bk.notifications@jpmchase.com Dec 12 2018 03:04:39     JPMorgan Chase Bank, N.A.,
                National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,    Phoenix, Arizona 85038-9505
13874825       E-mail/Text: bnckohlsnotices@becket-lee.com Dec 12 2018 03:04:26     Kohl's Payment Center,
                PO Box 2983,   Milwaukee, WI 53201-2983
13874826       E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 03:09:38     Lowes/ GECRB,   PO Box 530914,
                Atlanta, GA 30353-0914
13874828       E-mail/Text: camanagement@mtb.com Dec 12 2018 03:04:34     M&T Bank,   PO Box 62182,
                Baltimore, MD 21264-2182
13874832      +E-mail/Text: bankruptcy@oliphantfinancial.com Dec 12 2018 03:04:56     Oliphant Financial,
                9009 Town Center Parkway,   Bradenton, FL 34202-4185
13917070       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2018 03:09:21
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13874834       E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 03:09:11     Sam's Club/ GECRB,
                PO Box 530942,   Atlanta, GA 30353-0942
13874835      +E-mail/Text: BKRMailOPS@weltman.com Dec 12 2018 03:04:34     Sterling, Inc.,   375 Ghent Road,
                Akron, OH 44333-4600
13882332      +E-mail/Text: bncmail@w-legal.com Dec 12 2018 03:05:04     TD BANK USA, N.A.,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13874837       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 12 2018 03:04:19
                Verizon,   PO Box 920041,   Dallas, TX 75392-0041
13874838       E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 03:09:11     Walmart/ GECRB,   P.O. Box 530927,
                Atlanta, GA 30353-0927
13874840      +E-mail/Text: BKRMailOps@weltman.com Dec 12 2018 03:05:03     William T. Molczan,
                1400 Koppers Building,   436 Seventh AVenue,   Pittsburgh, PA 15219-1826
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Lakeview Loan Servicing, LLC
cr             Pittsburgh Water & Sewer Authority
13874822*      Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
13874827*      Lowes/ GECRB,   PO Box 530914,   Atlanta, GA 30353-0914
13874831*     +Medi-Help,   1691 Washington Road,   Pittsburgh, PA 15228-1631
13874839*      Walmart/GECRB,   P.O. Box 530927,   Atlanta, GA 30353-0927
```

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                   Date Rcvd: Dec 11, 2018
                               Form ID: 410                Total Noticed: 32
```

13874820      ##Best Buy Credit Services,    P.O. Box 183195,    Columbus, OH 43218-3195
                                                                                             TOTALS: 2, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:

              Andrew F Gornall    on behalf of Creditor   Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Debtor Ariel  Abad chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Karen L. Abad chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9