# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | ARIEL & KAREN L. ABAD |
| **Case Number:** | 14-22502-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 21, 2019  09:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
3/25/19 9:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#69 - Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor
R / M #:  69 / 0

**Appearances:**

Debtor: *K. Sendl* (signature)
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

COD (#69) resolved by proposed order increasing pay mat [payment]

3/15/2019    1:16:14PM