UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ARIEL ABAD<br>KAREN L. ABAD<br>　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　　Movant<br>　　vs.<br>ARIEL ABAD<br>KAREN L. ABAD<br>　　　　Respondent(s) | Case No. 14-22502CMB<br>Chapter 13<br><br>Related to Document No. 69 |

## ORDER

AND NOW, this 25th day of March, 20 19, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐　　This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐　　This case is ***DISMISSED***, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is ***FURTHER ORDERED*** as follows:

A.　　Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.　　This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☒ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $ **2210** effective **4/19**.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____

FILED
3/25/19 10:16 am
CLERK
U.S. BANKRUPTCY
Dated: COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
United States Bankruptcy Judge    jah

Page 2 of 2

```
                              United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 14-22502-CMB
Ariel Abad                                                              Chapter 13
Karen L. Abad
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                   Page 1 of 2                  Date Rcvd: Mar 25, 2019
                               Form ID: pdf900              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
db/jdb         +Ariel Abad,    Karen L. Abad,    2907 Homehurst Street,    Pittsburgh, PA 15234-3145
aty            +Darren Parr,    967 Liberty Ave., 2nd fl.,    Pittsburgh, PA 15222-3701
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA   15219
13874818       +Barclay Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
13874819      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Best Buy,    PO Box 183195,    Columbus, OH 43218-3195)
13920016        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13906490        Lakeview Loan Servicing, LLC,    M & T Bank,    One Fountain Plaza,
                 7th Floor-- Payment Processing,    Buffalo, NY 14203-1495
13874829       +Macy's,    PO Box 183083,    Columbus, OH 43218-3083
13874830       +Medi-Help,    1691 Washington Rd.,    Pittsburgh, PA 15228-1631
13874833       +PNC  Bank,    PO Box 5570,    Cleveland, OH 44101-0570
13910506       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13874836       +Target Card Servcies,    PO Box 660170,    Dallas, TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13874817        E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2019 02:54:00      Amazon GE Capital Retail Bank,
                 PO Bo x965013,    Orlando, FL 32896-5013
13888711       +E-mail/Text: bnc@atlasacq.com Mar 26 2019 02:52:43      Atlas Acquisitions LLC,
                 on behalf of Oliphant Financial, LLC,    294 Union St.,    Hackensack, NJ 07601-4303
13920867       +E-mail/Text: bncmail@w-legal.com Mar 26 2019 02:53:24      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13874821        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2019 02:54:19      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
13930610        E-mail/PDF: rmscedi@recoverycorp Mar 26 2019 02:54:23      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13874823        E-mail/Text: bk.notifications@jpmchase.com Mar 26 2019 02:52:55      Chase Auto Finance,
                 P.O. Box 78050,    Phoenix, AZ 85062-8050
13937283       +E-mail/Text: kburkley@bernsteinlaw.com Mar 26 2019 02:53:40      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13874824        E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2019 02:54:01      GE Capital Retail Bank,
                 P.O. Box 960061,    Orlando, FL 32896-0061
13893132        E-mail/Text: bk.notifications@jpmchase.com Mar 26 2019 02:52:55      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, Arizona 85038-9505
13874825        E-mail/Text: bncnotices@becket-lee.com Mar 26 2019 02:52:45      Kohl's Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
13874826        E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2019 02:54:35      Lowes/ GECRB,    PO Box 530914,
                 Atlanta, GA 30353-0914
13874828        E-mail/Text: camanagement@mtb.com Mar 26 2019 02:52:50      M&T Bank,    PO Box 62182,
                 Baltimore, MD 21264-2182
13874832       +E-mail/Text: bankruptcy@oliphantfinancial.com Mar 26 2019 02:53:14      Oliphant Financial,
                 9009 Town Center Parkway,    Bradenton, FL 34202-4185
13917070        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2019 02:54:05
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13874834        E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2019 02:54:00      Sam's Club/ GECRB,
                 PO Box 530942,    Atlanta, GA 30353-0942
13874835       +E-mail/Text: BKRMailOPS@weltman.com Mar 26 2019 02:52:51      Sterling, Inc.,    375 Ghent Road,
                 Akron, OH 44333-4600
13882332       +E-mail/Text: bncmail@w-legal.com Mar 26 2019 02:53:24      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13874837        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 26 2019 02:52:32
                 Verizon,    PO Box 920041,    Dallas, TX 75392-0041
13874838        E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2019 02:54:00      Walmart/ GECRB,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
13874840       +E-mail/Text: BKRMailOps@weltman.com Mar 26 2019 02:53:22      William T. Molczan,
                 1400 Koppers Building,    436 Seventh AVenue,    Pittsburgh, PA 15219-1826
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
cr              Pittsburgh Water & Sewer Authority
13874822*       Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
13874827*       Lowes/ GECRB,    PO Box 530914,    Atlanta, GA 30353-0914
13874831*      +Medi-Help,    1691 Washington Road,    Pittsburgh, PA 15228-1631
13874839*       Walmart/GECRB,    P.O. Box 530927,    Atlanta, GA 30353-0927
```

```
District/off: 0315-2           User: jhel              Page 2 of 2              Date Rcvd: Mar 25, 2019
                               Form ID: pdf900         Total Noticed: 32

13874820      ##Best Buy Credit Services,   P.O. Box 183195,   Columbus, OH 43218-3195
                                                                                   TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Debtor Ariel  Abad chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Karen L. Abad chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James  Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```