# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ARIEL ABAD                                                    Case No. 14-22502CMB
KAREN L. ABAD

        Debtor(s)
RONDA J. WINNECOUR,                                           Chapter 13
Standing Chapter 13 Trustee,

        Movant                                              Document No __
vs.
ATLAS ACQUISITIONS LLC O/B/O
OLIPHANT FINANCIAL LLC++
    Respondents

## NOTICE OF FUNDS ON RESERVE

    The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    THE CREDITOR'S MAILING ADDRESS IS DEFUNCT ACCORDING TO THE POSTAL SERVICE.  NO CHANGE OF ADDRESS HAS BEEN RECEIVED.

| | |
|---|---|
| ATLAS ACQUISITIONS LLC O/B/O<br>OLIPHANT FINANCIAL LLC++<br>2601 CATTLEMEN RD STE 300<br>SARASOTA, FL 34232 | Court claim# 2/Trustee CID# 18 |

The Movant further certifies that on 05/08/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
ARIEL ABAD, KAREN L. ABAD, 2907 HOMEHURST STREET, PITTSBURGH, PA  15234

DEBTOR'S COUNSEL:
CHRISTOPHER M FRYE ESQ, STEIDL & STEINBERG, GULF TOWER STE 2830, 707 GRANT ST, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
ATLAS ACQUISITIONS LLC O/B/O OLIPHANT FINANCIAL LLC++, 2601 CATTLEMEN RD STE 300, SARASOTA, FL  34232

NEW CREDITOR: