**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ariel Abad
Karen L. Abad**
Debtor(s)

Bankruptcy Case No.: 14−22502−CMB

Chapter: 13
Docket No.: 94 − 93

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 28th of August, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/11/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **11/6/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/11/19.**

                                                             Carlota M. Bohm
                                                             United States Bankruptcy Judge

   cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ariel Abad  
Karen L. Abad  
    Debtors

Case No. 14-22502-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 2      Date Rcvd: Aug 28, 2019  
                    Form ID: 408     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.

```
db/jdb         +Ariel Abad,    Karen L. Abad,    2907 Homehurst Street,    Pittsburgh, PA 15234-3145
aty            +Darren Parr,    967 Liberty Ave., 2nd fl.,    Pittsburgh, PA 15222-3701
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
13874818       +Barclay Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
13874819      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Best Buy,    PO Box 183195,    Columbus, OH 43218-3195)
13920016        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13906490        Lakeview Loan Servicing, LLC,    M & T Bank,    One Fountain Plaza,
                7th Floor-- Payment Processing,    Buffalo, NY 14203-1495
13874829       +Macy's,    PO Box 183083,    Columbus, OH 43218-3083
13874830       +Medi-Help,    1691 Washington Rd.,    Pittsburgh, PA 15228-1631
13874833       +PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
13910506       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13874836       +Target Card Servcies,    PO Box 660170,    Dallas, TX 75266-0170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13874817        E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 02:55:06      Amazon GE Capital Retail Bank,
                PO Bo x965013,    Orlando, FL 32896-5013
13888711       +E-mail/Text: bnc@atlasacq.com Aug 29 2019 02:55:57      Atlas Acquisitions LLC,
                on behalf of Oliphant Financial, LLC,    294 Union St.,    Hackensack, NJ 07601-4303
13920867       +E-mail/Text: bncmail@w-legal.com Aug 29 2019 02:57:13      CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13874821        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2019 02:55:11      Capital One,
                PO Box 30285,    Salt Lake City, UT 84130-0285
13930610        E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2019 02:54:47      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13874823        E-mail/Text: bk.notifications@jpmchase.com Aug 29 2019 02:56:19      Chase Auto Finance,
                P.O. Box 78050,    Phoenix, AZ 85062-8050
13937283       +E-mail/Text: kburkley@bernsteinlaw.com Aug 29 2019 02:57:48      Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
13874824        E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 02:54:35      GE Capital Retail Bank,
                P.O. Box 960061,    Orlando, FL 32896-0061
13893132        E-mail/Text: bk.notifications@jpmchase.com Aug 29 2019 02:56:19      JPMorgan Chase Bank, N.A.,
                National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, Arizona 85038-9505
13874825        E-mail/Text: bncnotices@becket-lee.com Aug 29 2019 02:56:03      Kohl's Payment Center,
                PO Box 2983,    Milwaukee, WI 53201-2983
13874826        E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 02:54:06      Lowes/ GECRB,    PO Box 530914,
                Atlanta, GA 30353-0914
13874828        E-mail/Text: camanagement@mtb.com Aug 29 2019 02:56:11      M&T Bank,    PO Box 62182,
                Baltimore, MD 21264-2182
13874832       +E-mail/Text: bankruptcy@oliphantfinancial.com Aug 29 2019 02:56:57      Oliphant Financial,
                9009 Town Center Parkway,    Bradenton, FL 34202-4185
13917070        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2019 03:06:06
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13874834        E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 02:55:06      Sam's Club/ GECRB,
                PO Box 530942,    Atlanta, GA 30353-0942
13874835       +E-mail/Text: BKRMailOPS@weltman.com Aug 29 2019 02:56:12      Sterling, Inc.,    375 Ghent Road,
                Akron, OH 44333-4600
13882332       +E-mail/Text: bncmail@w-legal.com Aug 29 2019 02:57:13      TD BANK USA, N.A.,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13874837        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 29 2019 02:55:48
                Verizon,    PO Box 920041,    Dallas, TX 75392-0041
13874838        E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 02:54:05      Walmart/ GECRB,    P.O. Box 530927,
                Atlanta, GA 30353-0927
13874840       +E-mail/Text: BKRMailOps@weltman.com Aug 29 2019 02:57:10      William T. Molczan,
                1400 Koppers Building,    436 Seventh AVenue,    Pittsburgh, PA 15219-1826
                                                                                                TOTAL: 20
```

                     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr              Lakeview Loan Servicing, LLC
cr              Pittsburgh Water & Sewer Authority
13874822*       Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
13874827*       Lowes/ GECRB,    PO Box 530914,    Atlanta, GA 30353-0914
13874831*      +Medi-Help,    1691 Washington Road,    Pittsburgh, PA 15228-1631
13874839*       Walmart/GECRB,    P.O. Box 530927,    Atlanta, GA 30353-0927
```

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                  Date Rcvd: Aug 28, 2019
                               Form ID: 408                Total Noticed: 32

13874820      ##Best Buy Credit Services,    P.O. Box 183195,    Columbus, OH 43218-3195
                                                                                           TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Debtor Ariel  Abad chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Karen L. Abad chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9