**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ariel Abad** | Social Security number or ITIN **xxx–xx–7395** |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | **Karen L. Abad** | Social Security number or ITIN **xxx–xx–8832** |
| | First Name  Middle Name  Last Name | EIN __–_____ |

United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **14–22502–CMB**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ariel Abad                                             Karen L. Abad

10/16/19                                               **By the court:**    Carlota M. Bohm
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 14-22502-CMB
Ariel Abad                                                          Chapter 13
Karen L. Abad
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam              Page 1 of 2             Date Rcvd: Oct 16, 2019
                              Form ID: 3180W          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db/jdb         +Ariel Abad,    Karen L. Abad,    2907 Homehurst Street,    Pittsburgh, PA 15234-3145
aty            +Darren Parr,    967 Liberty Ave., 2nd fl.,    Pittsburgh, PA 15222-3701
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA  15219
13874819       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Best Buy,    PO Box 183195,    Columbus, OH 43218-3195)
13906490        Lakeview Loan Servicing, LLC,    M & T Bank,   One Fountain Plaza,
                 7th Floor-- Payment Processing,    Buffalo, NY 14203-1495
13874830       +Medi-Help,    1691 Washington Rd.,    Pittsburgh, PA 15228-1631
13874833       +PNC  Bank,    PO Box 5570,    Cleveland, OH 44101-0570
13910506       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2019 03:55:29      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13874817        EDI: RMSC.COM Oct 17 2019 07:23:00      Amazon GE Capital Retail Bank,    PO Bo x965013,
                 Orlando, FL 32896-5013
13888711       +EDI: ATLASACQU.COM Oct 17 2019 07:23:00      Atlas Acquisitions LLC,
                 on behalf of Oliphant Financial, LLC,    294 Union St.,   Hackensack, NJ 07601-4303
13874818       +EDI: TSYS2.COM Oct 17 2019 07:23:00      Barclay Card Services,    PO Box 13337,
                 Philadelphia, PA 19101-3337
13920867       +E-mail/Text: bncmail@w-legal.com Oct 17 2019 03:56:18      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13874821        EDI: CAPITALONE.COM Oct 17 2019 07:23:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
13920016        EDI: BL-BECKET.COM Oct 17 2019 07:28:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13930610        EDI: RECOVERYCORP.COM Oct 17 2019 07:23:00      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13874823        EDI: CAUT.COM Oct 17 2019 07:23:00      Chase Auto Finance,    P.O. Box 78050,
                 Phoenix, AZ 85062-8050
13937283       +E-mail/Text: kburkley@bernsteinlaw.com Oct 17 2019 03:56:49      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13874824        EDI: RMSC.COM Oct 17 2019 07:23:00      GE Capital Retail Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
13893132        EDI: CAUT.COM Oct 17 2019 07:23:00      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, Arizona 85038-9505
13874825        E-mail/Text: bncnotices@becket-lee.com Oct 17 2019 03:54:53      Kohl's Payment Center,
                 PO Box 2983,   Milwaukee, WI 53201-2983
13874826        EDI: RMSC.COM Oct 17 2019 07:23:00      Lowes/ GECRB,    PO Box 530914,   Atlanta, GA 30353-0914
13874828        E-mail/Text: camanagement@mtb.com Oct 17 2019 03:55:04      M&T Bank,    PO Box 62182,
                 Baltimore, MD 21264-2182
13874829       +EDI: TSYS2.COM Oct 17 2019 07:23:00      Macy's,    PO Box 183083,   Columbus, OH 43218-3083
13874832       +E-mail/Text: bankruptcy@oliphantfinancial.com Oct 17 2019 03:56:01       Oliphant Financial,
                 9009 Town Center Parkway,    Bradenton, FL 34202-4185
13917070        EDI: PRA.COM Oct 17 2019 07:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13874834        EDI: RMSC.COM Oct 17 2019 07:23:00      Sam's Club/ GECRB,    PO Box 530942,
                 Atlanta, GA 30353-0942
13874835       +E-mail/Text: BKRMailOPS@weltman.com Oct 17 2019 03:55:05      Sterling, Inc.,    375 Ghent Road,
                 Akron, OH 44333-4600
13882332       +E-mail/Text: bncmail@w-legal.com Oct 17 2019 03:56:18      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13874836       +EDI: WTRRNBANK.COM Oct 17 2019 07:23:00      Target Card Servcies,    PO Box 660170,
                 Dallas, TX 75266-0170
13874837        EDI: VERIZONCOMB.COM Oct 17 2019 07:23:00      Verizon,   PO Box 920041,    Dallas, TX 75392-0041
13874838        EDI: RMSC.COM Oct 17 2019 07:23:00      Walmart/ GECRB,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
13874840       +E-mail/Text: BKRMailOps@weltman.com Oct 17 2019 03:56:14      William T. Molczan,
                 1400 Koppers Building,    436 Seventh AVenue,    Pittsburgh, PA 15219-1826
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
cr              Pittsburgh Water & Sewer Authority
```

```
District/off: 0315-2           User: dkam                  Page 2 of 2                  Date Rcvd: Oct 16, 2019
                               Form ID: 3180W              Total Noticed: 33
```

```
13874822*         Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
13874827*         Lowes/ GECRB,   PO Box 530914,   Atlanta, GA 30353-0914
13874831*        +Medi-Help,   1691 Washington Road,   Pittsburgh, PA 15228-1631
13874839*         Walmart/GECRB,   P.O. Box 530927,   Atlanta, GA 30353-0927
13874820        ##Best Buy Credit Services,   P.O. Box 183195,   Columbus, OH 43218-3195
                                                                                  TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Debtor Ariel   Abad chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Karen L. Abad chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9